THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER ROACHE, Appellant, v DONALD SAWYER, Executive Director of Central New York Psychiatric Center, Respondent.

Submitted April 7, 2014; decided May 8, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the dismissal of the habeas corpus proceeding, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS RODRIGUEZ, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted March 31, 2014; decided May 8, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

NANCY PEREZ et al., Respondents, v JANE M. FITZGERALD, D.C., et al., Appellants.

Submitted March 24, 2014; decided May 8, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 14 NY3d 748 [2010]).